**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FIELDING VAUGHN KIMERY**                                          **PLAINTIFF**
**ADC #133741**

**v.**                              **Case No. 4:21-cv-00209-KGB**

**DEXTER PAYNE,** *et al.*                                          **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). Judge Kearney issued his Recommendation on April 19, 2021 (*Id.*). The Recommendation recommended that this Court should dismiss without prejudice plaintiff Fielding Vaughn Kimery's complaint (*Id.*, at 4).

This Court granted Mr. Kimery an extension of time to file objections to the Recommendation (Dkt. Nos. 8, 11). Mr. Kimery filed objections and two supplemental objections (Dkt. Nos. 15, 16, 17). Mr. Kimery also filed several notices that the Court has reviewed (Dkt. Nos. 19, 20, 21, 23, 27, 34, 37). After careful consideration and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6). The Court has carefully studied Mr. Kimery's filings. To date, Mr. Kimery has not timely filed an amended complaint that complies with the Federal Rules of Civil Procedure. For these reasons, the Court dismisses without prejudice Mr. Kimery's complaint and amended complaint and denies the relief he seeks (Dkt. Nos. 1, 5). This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would not be taken in good faith.

The Court writes separately to address Mr. Kimery's additional filings.  Mr. Kimery filed several motions requesting service of process (Dkt. Nos. 12, 25).  Because Mr. Kimery did not timely file an amended complaint that complies with the Federal Rules of Civil Procedure and because this Court dismisses without prejudice his pending claims, service is not appropriate on any defendant.  The Court denies without prejudice Mr. Kimery's motions requesting service of process (Dkt. Nos. 12, 25).

Mr. Kimery filed what the Court considers a motion for appointment of counsel (Dkt. No. 29).  Having dismissed this action, the Court denies as moot Mr. Kimery's motion for appointment of counsel (Dkt. No. 29).

Mr. Kimery filed several discovery related motions and requests (Dkt. Nos. 28, 31, 33, 38, 40, 46).  Having dismissed this action, discovery, discovery requests, and motions to compel are not appropriate at this time.  The Court denies as moot Mr. Kimery's discovery related motions and requests (Dkt. Nos. 28, 31, 33, 38, 40, 46).

Mr. Kimery filed a motion for order to show cause for preliminary and mandatory injunction and a motion for preliminary injunction and temporary restraining order (Dkt. Nos. 35, 39, 41).  The Court has reviewed the filings.  Mr. Kimery's allegations regarding staff member conduct are disturbing and unacceptable, if true.  On the record before the Court, however, Mr. Kimery has not filed a timely amended complaint that complies with the Federal Rules of Civil Procedure and has not demonstrated he is entitled to preliminary injunctive relief.  For these reasons, the Court denies the requests (Dkt. Nos. 35, 39, 41).

Mr. Kimery filed a motion for special masters (Dkt. No. 43).  This motion raises many of the same issues raised by Mr. Kimery in his motions for preliminary injunctive relief.  For the

same reasons the Court denied those motions, the Court denies Mr. Kimery's motion for special masters (Dkt. No. 43).

Mr. Kimery filed several motions for order and status (Dkt. Nos. 22, 32, 42, 44).  With this Order, the Court rules on Mr. Kimery's motions for order and status (Dkt. Nos. 22, 32, 42, 44).

Mr. Kimery filed several motions for copies (Dkt. Nos. 13, 22, 26, 30, 36, 45).  The Court grants Mr. Kimery's motions to this extent (Dkt. Nos. 13, 22, 26, 30, 36, 45).  The Court directs the Clerk to send to Mr. Kimery with this Order a copy of the docket sheet in his case.  Mr. Kimery may request by docket number those documents of which he seeks copies.

To the extent Mr. Kimery in his filings requests other relief from the Court, his requests are denied.

It is so ordered this 14th day of February, 2022.

Kristine G. Baker
United States District Judge