# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FIELDING VAUGHN KIMERY**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #133741**

v.　　　　　　　　　Case No. 4:21-cv-00209-KGB

**DEXTER PAYNE,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Fielding Vaughn Kimery's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

It is so adjudged this 14th day of February, 2022.

_____
Kristine G. Baker
United States District Judge